# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| KIRK LASSEND, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Criminal No. 10-40019-FDS |
| UNITED STATES of AMERICA, | ) ) ) | |
| Respondent. | ) ) | |

## MEMORANDUM AND ORDER ON
## MOTION FOR A CERTIFICATE OF APPEALABILITY

**SAYLOR, J.**

On October 14, 2014, Kirk Lassend filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2255. The Court denied that petition on July 11, 2017. Lassend now seeks a certificate of appealability ("COA") in order to appeal the denial of his habeas petition. For the reasons that follow, that motion will be granted.

To appeal the final order in a proceeding instituted under 28 U.S.C. § 2255, the petitioner must first obtain a COA from a circuit justice or a district court. *See* 28 U.S.C. § 2253(c). A COA will issue only if the petitioner "has made a substantial showing of the denial of a constitutional right." § 2253(c)(2). This standard is satisfied by "demonstrating that jurists of reason could disagree with the district court's resolution of [petitioner's] constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003) (citing *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)).

Petitioner contends that his sentence under the Armed Career Criminal Act, 18 U.S.C. § 924(e), which was based on a finding that he had three prior convictions for "violent felonies" under the force clause of the ACCA, violates the constitution in light of the Supreme Court's decision in *Johnson v. United States*, 135 S.Ct. 2551 (2015). Petitioner's contention, while ultimately rejected by this Court, represents a substantial showing of the denial of a constitutional right. Further, a reasonable jurist could disagree with the Court's conclusions.

Accordingly, a certificate of appealability is GRANTED as to petitioner's claim that his sentence under the ACCA was imposed in violation of the Constitution.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated: September 11, 2017