# United States Court of Appeals
## For the First Circuit

No. 17-1900

KIRK LASSEND,

Petitioner, Appellant,

v.

UNITED STATES,

Respondent, Appellee.

**JUDGMENT**

Entered: August 2, 2018

This cause came on to be submitted on the briefs and original record on appeal from the United States District Court for the District of Massachusetts.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's dismissal of Kirk Lassend's 28 U.S.C. § 2255 petition is affirmed.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Karen A. Pickett
Kirk Lassend
Mark T. Quinlivan
Cynthia A. Young
Karin Michelle Bell